UUNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(BRIDGEPORT)

2010 JUL 22 P 3: 30

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>              Plaintiff,   )<br>                           )<br>     -against-            )<br>                           )<br>                           )<br>VICTOR V. CONSTANTIN,     )<br>              Defendant.   )<br>                           )<br>\- \- \- \- \- \- \- \- \- \- \- \- \- \- X | **NOTICE/MOTION FOR THE**<br>**IMMEDIATE DEPORTATION**<br><br>3:09-CR-254(MARK) |

  **PLEASE TAKE NOTICE** that the Defendant, VICTOR V. CONSTANTIN, respectfully moves this Honorable Court , before the Honorable Mark R. Kravitz, United States District Judge, at the Courthouse located at 915 Lafayette Blvd., Room 400, Bridgeport, CT 06604-4706, on a date and time to be fixed by and also convenient to the Court, to issue an order granting the alien Defendant Immediate Deportation and/or Removal in the above styled case, pursuant to Title 8 U.S.C. §1231(a)(4)(B)(i) under the formally known 'Immigration and Nationality Act("INA")', for"Deportation of nonviolent(alien) offenders prior to completion of sentence of imprisoment."

  Furthermore, the Defendant, an alien as defined on §101(a)(8) of the INA has plead guilty to violating Title 18 U.S.C. §§ 1028A and 1344(aggravated identity theft and bank fraud) in year 2009, and, heretofore the Defendant has been detained since March 26, 2009. And upon the Court's determination of its final disposition the Defendant was sentenced to a prison term of 48-months, in the United States District Court for Bridgeport, District of Connecticut , to a nonviolent offense(s) and is eligible for Immediate Deporta-

tion per the Alien Deportation Improvements Act 668 of 1995, "to control crime by further streamlining the deportation of aliens."

**WHEREFORE**, for good cause shown above, in the best interest of Justice, and in the ends of Justice, the Defendant respectfully moves this Honorable Court, to enter an order granting this Motion for Plaintiff(United States of America) to begin immediate deportation. The Defendant so prays for the relief sought in this Motion.

I, Victor V. Consantin, the Defendant, renders this Motion as a pro se litigant, thus hereby requests this Honorable Court to construe this Motin under the latitude delineated by the United States Supreme Court in Haines v. Kerner, 404 U.S. 519(1974) by not holding pro se actions to the higher standards of professional attorneys.

AFFIRMATION OF DEFENDANT:

VICTOR V. CONSTANTIN, the Defendant, hereby, declares under the penalty of perjury in the Courts of the United States pursuant to 28 U.S.C. §1746, that the statements contained herein are true of my own personal knowledge, except to those matters stated as the allegations, as to those matters, which are based on information and belief, I belelieve them to be true.

Dated: Brooklyn, New York
July 19, 2010

Respectfully submitted,

TO: Hon Mark R. Kravitz
U.S. District Judge

Assist. U.S. Attorney
District of Bridgeport

The Clerks of Court

Victor V. Constantin
Defendant-Pro Se
Reg#: 17388-014
P.O. Box 329002
Brooklyn, NY 11232

(2)