UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:09CR254 (MRK) |
| | : | |
| v. | : | |
| | : | |
| VICTOR VASILE CONSTANTIN | : | August 13, 2010 |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
FOR IMMEDIATE DEPORTATION**

The United States of America, through the undersigned Assistant United States Attorney, hereby responds to the defendant's Motion for Immediate Deportation, filed July 22, 2010. *See* Docket Entry 20. The motion is without merit and should be denied.

The defendant pled guilty on November 16, 2009 before the Honorable William I. Garfinkel to an information charging him with one count of bank fraud, in violation of 18 U.S.C. § 1344, and one count of aggravated identity theft, in violation of 18 U.S.C. § 1028A. The defendant's crimes arose out of his involvement in a scheme to skim debit cards at ATMs. On March 10, 2010, the Court sentenced the defendant principally to a term of 48 months in prison.

The defendant seeks an order from the Court effectively terminating his sentence early and requiring that he be deported immediately to his home country of Romania. The motion is premised upon section 241 of the Immigration and Nationality Act, 8 U.S.C. 1231. Specifically, he cites to 8 U.S.C. 1231(a)(4)(B)(i), which provides in pertinent part:

> The Attorney General is authorized to remove an alien in accordance with applicable procedures under this chapter before the alien has completed a sentence of imprisonment--
>
> (i) in the case of an alien in the custody of the Attorney General, if the Attorney General determines that (I) the alien is confined pursuant to a final conviction for a nonviolent offense (other than an offense related to smuggling or harboring of

aliens or an offense described in section 1101(a)(43)(B), (C), (E), (I), or (L) of this title . . . and (II) the removal of the alien is appropriate and in the best interest of the United States. . . .

8 U.S.C. 1231(a)(4)(B)(i). Subparagraph (D) of § 1231 provides as follows:

(D) No private right

No cause or claim may be asserted under this paragraph against any official of the United States or of any State to compel the release, removal, or consideration for release or removal of any alien.

8 U.S.C. 1231(a)(4)(D).

This statute does not provide the defendant with any basis for relief here. Rather, the statute provides *the Attorney General* with sole discretion to deport an alien prior to the end of his sentence. *See Thye v. United States*, 109 F.3d 127, 128 (2d Cir.1997) (citing predecessor statute 8 U.S.C. § 1252(h)(2)(A)); *see also United States v. Baldayaque*, 2002 WL 31094962 at *2 (D.Conn., September 06, 2002) (reversed on other grounds). The district court does not derive any authority from this statute vis-a-vis a final sentence. As the Third Circuit has held, "the statute vests the Attorney General, *not the district court*, with the authority to curtail a prison sentence for the purpose of deportation." *United States v. Marin-Castaneda*, 134 F.3d 551, 556 (3d Cir.1998) (emphasis added). Moreover, "a district court cannot *sua sponte* issue a deportation order without a request from the United States Attorney." *Id*. In sum, a criminal defendant simply does not have standing to enforce this statute. *Id*.

Because this statute does not authorize the district court to reduce a final sentence, the defendant is not entitled to the relief requested. Accordingly, the Court should deny the defendant's motion.

Respectfully submitted,

DAVID B. FEIN
UNITED STATES ATTORNEY


By:    /S/ Paul A. Murphy
      PAUL A. MURPHY
      ASSISTANT U.S. ATTORNEY
      915 LAFAYETTE BLVD.
      BRIDGEPORT, CT 06604
      (203) 696-3000
      FEDERAL BAR # ct26654

## CERTIFICATION

I hereby certify that on August 13, 2010, a copy of the foregoing Government's Response to Defendant's Motion for Immediate Deportation was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

I hereby certify that I caused a copy of the foregoing Government's Response to Defendant's Motion for Immediate Deportation to be mailed, postage prepaid, on August 13, 2010, to the following:

Victor Vasile Constantin
Reg No. 17388-014
Metropolitan Detention Center Brooklyn
P.O. Box 329002
Brooklyn, NY  11232


        /S/ Paul A. Murphy
PAUL A. MURPHY
ASSISTANT UNITED STATES ATTORNEY